| | |
|---|---|
| MARATHON PETROLEUM COMPANY )<br>LP, a Delaware limited partnership )<br>    )<br>         Plaintiff,  )<br>    )<br>v.  )<br>    )<br>FUTURE FUELS OF AMERICA, LLC, a )<br>Michigan limited liability company; )<br>HAKIM FAKHOURY also known as )<br>ABDELHAKEEM FAKHOURY, an individual; )<br>and OASIS OIL, LLC, a Michigan limited liability )<br>company, )<br>    )<br>         Defendants. )<br>_____/ | Hon. Patrick J. Duggan<br>Magistrate Judge Mark A. Randon<br><br>Civil Action No.: 2:10-cv-14068 |

| | |
|---|---|
| MILLER CANFIELD PADDOCK AND STONE, PLC<br>Amy M. Johnston (P51272)<br>Abdu H. Murray (P61032)<br>Attorneys for Plaintiff, Marathon Petroleum Company LP<br>150 W. Jefferson Avenue, Suite 2500<br>Detroit, MI 48226<br>(313) 963-6420<br>Johnston@millercanfield.com<br>murry@millercanfield.com | SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.<br>Bradley F. Scobel (P53547)<br>Attorneys for Oasis Oil, LLC<br>2000 Town Center, Suite 1500<br>Southfield, MI 48075<br>(248) 353-7620<br>bscobel@seyburn.com |
| Akeel & Valentine PLC<br>Shereef H. Akeel (P54345)<br>Glenn L. Valentine (P25333)<br>Attorneys for Defendant, Future Fuels of America, LLC<br>888 W. Big Beaver Road, Suite 910<br>Troy, MI 48084<br>(248) 269-9595<br>glenn@akeelvalentine.com<br>_____/ | FISCHER, FRANKLIN & FORD<br>Troy C. Otto<br>Attorneys for Monroe Gas & Mart, Inc.<br>500 Griswold, Suite 3500<br>Detroit, MI 48226-3808<br>(313) 962-5210<br>otto@fischerfranklin.com |

**STIPULATED ORDER REGARDING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AS TO 919 W. ELM STREET IN MONROE, MICHIGAN ONLY**

At a session of said Court held in the
United States District Court for the Eastern District of Michigan
this 15th day of October, 2010.

PRESENT:   HONORABLE PATRICK J. DUGGAN
           UNITED STATES DISTRICT JUDGE

Plaintiff, Marathon Petroleum Company LP ("Marathon"), having filed a Motion for Temporary Restraining Order and Preliminary Injunction, and counsel having discussed the issues outlined in the pleadings, oral argument having been heard with respect to 919 W. Elm in Monroe, Michigan (the "Subject Location"), the parties hereby stipulate and agree that, unless Marathon directs otherwise, complete debranding of the Subject Location will commence no earlier than Tuesday, October 19, 2010 at 2:00 p.m.;

NOW THEREFORE, the Court being fully advised in the premises:

IT IS HEREBY ORDERED that a Temporary Restraining Order and Preliminary Injunction will issue, and on October 19, 2010 at 2:00 p.m., unless otherwise directed by Marathon in writing, Defendants shall debrand and/or allow Marathon and/or its agents to enter onto the premises located at 919 W. Elm in Monroe, Michigan (the "Subject Location") for purposes of debranding it by removal and covering up of any of Marathon's brands, Marks, or Brand Signage at the Subject Location; and Defendants and/or Monroe Gas & Mart, Inc. shall return to Marathon its property, branding or signage, including the plate on the credit card manual imprinters, sign faces, markings on gas dispenser coverings and point of sale materials on the dispensers and stores at the Subject Location; and

IT IS FURTHER ORDERED THAT the parties have not waived any claims, rights or defenses to this litigation by entering into the stipulation set forth above.

                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge
Dated: October 15, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 15, 2010, by electronic and/or ordinary mail.

                        s/Marilyn Orem
                        Case Manager

Stipulated and Agreed:

| | |
|---|---|
| /s/ Amy M. Johnston<br>MILLER, CANFIELD, PADDOCK<br>  and STONE, P.L.C.<br>Amy M. Johnston (P51272)<br>Attorneys for Plaintiff Marathon Petroleum Company LP<br>johnston@millercanfield.com<br>51272 | /s/ Glenn L. Valentine (with permission)<br>AKEEL & VALENTINE, P.C.<br>Glenn L. Valentine (P25333)<br>Attorney for Defendant, Future Fuels<br>glenn@akeelvalentine.com<br>25333 |
| /s/ Bradley F. Scobel (with permission)<br>SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.<br>Bradley F. Scobel (P53547)<br>Attorneys for Defendant, Oasis Oil, LLC<br>bscobel@seyburn.coglm<br>53547 | /s/ Troy C. Otto (with permission)<br>FISCHER, FRANKLIN & FORD<br>Troy C. Otto (P67448)<br>Attorneys for Intervenor, Monroe Gas & Mart, Inc.<br>otto@fischerfranklin.com<br>67448 |

18,468,919.1\128706-00033