UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARATHON PETROLEUM COMPANY LP, a Delaware limited partnership,<br><br>   Plaintiff,<br><br>v.<br><br>FUTURE FUELS OF AMERICA, LLC, a Michigan limited liability company; HAKIM FAKHOURY also known as ABDELHAKEEM FAKHOURY, an individual; and OASIS OIL, LLC, a Michigan limited liability company,<br>   Defendants.<br><br>And<br><br>OASIS OIL, LLC, a Michigan limited liability company,<br><br>   Third-Party Plaintiff,<br><br>v.<br><br>NIDAL ZRIEK, an individual, and MONROE GAS & MART, INC., a Michigan Corporation,<br><br>   Third-Party Defendant. | Hon. Patrick J. Duggan<br>Magistrate Judge: Mark A. Randon<br><br>Civil Action No.: 2:10-cv-14068<br><br>**STIPULATED ORDER GRANTING MARATHON PETROLEUM COMPANY LP'S MOTION TO SHOW CAUSE WHY DEFENDANTS HAKIM FAKHOURY AND FUTURE FUELS OF AMERICA, LLC SHOULD NOT BE HELD IN CONTEMPT OF COURT AND ASSESSED SANCTIONS** |

_____/

MILLER CANFIELD PADDOCK AND STONE, PLC
Amy M. Johnston (P51272)
Abdu H. Murray (P61032)
Scott A. Warheit (P71560)
Attorneys for Plaintiff, Marathon Petroleum Company LP
150 W. Jefferson Avenue, Suite 2500
Detroit, MI  48226
(313) 963-6420
johnston@millercanfield.com
murray@millercanfield.com

M MASHHOUR LEGAL SERVICES, PLLC
Mohsin Mashhour (P47009)
Attorney for Defendants, Future Fuels of America, LLC and Hakim Fakhoury
15009 W. Warren
Dearborn, MI  48126
(313) 945-1600
mmashhour@comcast.net

Caption continues on next page

| | |
|---|---|
| AKEEL & VALENTINE PLC | FISCHER FRANKLIN & FORD |
| Shereef H. Akeel (P54345) | Troy C. Otto (P67448) |
| S. Hussain Akbar (P67967) | Attorney for Nidal Zriek and Monroe Gas & |
| Attorney for Oasis Oil, Only | Mart, Inc. |
| 888 W Big Beaver Road, Suite 910 | 500 Griswold Street, Suite 3500 |
| Troy, MI 48084 | Detroit, MI 48226 |
| (248) 269-9595 | (313) 962-5210 |
| shereef@akeelvalentine.com | otto@fischerfranklin.com |

_____/

## ORDER

The Court has reviewed Plaintiff's Marathon Petroleum Company LP's Motion to Show Cause Why Defendants Hakim Fakhoury and Future Fuels of America, LLC Should Not Be Held in Contempt of Court and Assessed Sanctions, Brief in Support, and the exhibits attached thereto (the "Plaintiff's Motion") as well as Defendants Hakim Fakhoury and Future Fuels of America, LLC's Answer to Motion to Show Cause and the exhibit attached thereto. On June 2, 2011, the Court heard oral argument on the Motion. Accordingly,

**IT IS ORDERED** that, for the reasons stated on the record, Plaintiff's Motion is GRANTED. It is further ordered that Defendants Hakim Fakhoury and Future Fuels of America, LLC are in contempt of the Court and as a sanction for their contempt are ordered to pay $2,500 to Plaintiff's counsel on or before June 15, 2011.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: July 6, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, July 06, 2011, by electronic and or ordinary mail.

        s/Marilyn Orem
        Case Manager

## STIPULATION

The undersigned stipulate to the entry of this order.


s/Abdu H. Murray
Abdu H. Murray (P61032)
Miller, Canfield, Paddock and Stone, P.L.C.
Attorneys for Plaintiff, Marathon Petroleum Company LP


| s/with consent Shereef Akeel | s/with consent Mohsin Mashhour |
|---|---|
| Shereef Akeel (P54345) | Mohsin Mashhour (P47009) |
| Akeel & Valentine PLC | M Mashhour Legal Services, PLLC |
| Attorneys for Defendant, Oasis Oil, LLC only | Attorney for Defendants, Future Fuels of America, LLC and Hakim Fakhoury |