UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARATHON PETROLEUM COMPANY LP, a Delaware limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> FUTURE FUELS OF AMERICA, LLC, a Michigan limited liability company; HAKIM FAKHOURY also known as ABDELHAKEEM FAKHOURY, an individual; and OASIS OIL, LLC, a Michigan limited liability company, <br><br> Defendants. <br><br> And <br><br> OASIS OIL, LLC, a Michigan limited liability company, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> NIDAL ZRIEK, an individual, and MONROE GAS & MART, INC., a Michigan Corporation, <br><br> Third-Party Defendant. | Hon. Patrick J. Duggan <br> Magistrate Judge: Mark A. Randon <br><br> Civil Action No.: 2:10-cv-14068 |

**ORDER GRANTING ALTERNATIVE SERVICE UPON ALLAN N. COHN, P.C. AND ALLAN N. COHEN, P.C. D/B/A COHEN, LEVIN & COMPANY 1, P.C.**

Plaintiff, Marathon Petroleum Company LP ("Marathon"), having filed a Motion for Alternative Service (ECF 74), briefs and exhibits in support thereof, Defendants Hakim Fakhoury and Future Fuels of America, LLC ("Defendants") having filed a response to the motion (ECF 77), oral argument having been heard on December 14, 2011 and the Court being

fully apprised in the premises,

NOW THEREFORE IT IS HEREBY ORDERED that:

(i) Marathon's Motion for Alternative Service is granted;

(ii) Marathon may effectuate service of upon Allen N. Cohen, P.C. and Allan N. Cohen, P.C. d/b/a Cohen, Levin & Company 1, P.C. by alternative means, including regular mail and first class mail, return receipt requested. Marathon may, at its discretion, effectuate service by publication pursuant to MCR 2.106(D), or by posting pursuant to MCR 2.106(E). Service by any one of the means allowed in this order shall constitute valid and proper alternative service. Service shall be effective as of the date of mailing, posting, or publication;

(iii) Allen N. Cohen, P.C. and Allan N. Cohen, P.C. d/b/a Cohen, Levin & Company 1, P.C. shall produce the requested documents by no later than January 10, 2012;

(iv) Marathon shall not be prohibited from filing any motions to enforce this order, to enforce the subpoenas, or to seek appropriate remedies for violations of the order or subpoenas; and

(v) This Order is entered without costs or fees to any party.

s/Mark A. Randon  
Mark A. Randon  
United States Magistrate Judge

Dated: December 22, 2011

<u>*Certificate of Service*</u>

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 22, 2011, electronically.*

<u>*s/Melody R. Miles*</u>
*Case Manager to Magistrate Judge Mark A. Randon*

Stipulated as to form:
<u>s/Abdu H. Murray</u>
Abdu H. Murray (P61032)
Miller, Canfield, Paddock and Stone, P.L.C.
Attorneys for Plaintiff, Marathon Petroleum Company LP


<u>s/Shereef Akeel (with permission)</u>
Shereef Akeel (p54345)
Akeel & Valentine, P.L.C.
Attorneys for Defendants, Future Fuels of
America, LLC, Hakim Fakhoury and Oasis Oil, LLC